# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146543

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC:  146543
COA:  310175
Berrien CC:  2009-015597-FC
                    2009-015572-FC

ANDRE MAURICE FRANCE,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 27, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s0722

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk